**Opinion issued June 27, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-22-00817-CV

————————————

## JAIME RAMIREZ AND JOE SANCHEZ, Appellants

## V.

## CAROLINA INGRAM, Appellee

---

**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Case No. 491,548-401**

---

### MEMORANDUM OPINION

Appellants, Jaime Ramirez and Joe Sanchez, have neither established indigence, nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's

fault).  Notice issued on November 23, 2022 advising appellant that this appeal was subject to dismissal, but appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).  Appellants made arrangements for the filing of a reporter's record but have failed to make arrangements for the filing of the clerk's record.

Accordingly, we dismiss the appeal for want of prosecution.  We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.